FILED

07 JUL -2 AM 8:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 06CR2298-L |
| Plaintiff, | ) ) | DATE: JULY 2, 2007 |
| v. | ) ) | TIME: 8:30 A.M. |
| KARLA RIOS, | ) ) | ORDER TO SEAL SENTENCING MEMORANDUM |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED, that the attached SENTENCING MEMORANDUM FOR DEFENDANT KARLA RIOS in the above-entitled cause, be placed under seal because of its confidential nature.

**SO ORDERED.**

Dated 6/28/07

_____
HONORABLE M. JAMES LORENZ
United States District Court Judge