|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No. 07-CV-2350-L |
|---|---|
| Plaintiff-Respondent, | ) Criminal No. 06-CR-2298-L |
| v. | ) **ORDER REQUIRING RESPONSE** |
| | ) **TO MOTION UNDER 28 U.S.C.** |
| KARLA RIOS, | ) **§ 2255 TO VACATE, SET ASIDE OR** |
| | ) **CORRECT SENTENCE** |
| Defendant-Petitioner. | ) |
| | ) **[28 U.S.C. § 2255]** |

Petitioner, proceeding *pro se*, filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. Having reviewed the record and good cause appearing, **IT IS HEREBY ORDERED** Respondent shall file and serve a responsive memorandum not later than **February 15, 2008**. The response shall include any and all documents relevant to the determination of the issues in the motion.

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that if the Petitioner wishes to reply to the Respondent's responsive memorandum, a reply must be filed no later than **March 15, 2008**. Upon the filing of the foregoing, the parties shall await further order of this Court.

**IT IS SO ORDERED.**

DATED: January 4, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

KARLA RIOS
#95527-198
Federal Correctional Camp
P.O. Box 5100
Adelanto, CA 92301

United State Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101-8893